STATE of Missouri, Respondent,

v.

George Franklin MORRIS, Appellant.

No. 10374.

Missouri Court of Appeals,
Springfield District.

June 4, 1976.

John C. Danforth, Atty. Gen., Preston Dean, Asst. Atty. Gen., Jefferson City, for respondent.

Timothy F. Ruddy, Cape Girardeau, for appellant.

PER CURIAM:

We have no jurisdiction to entertain this appeal because appellant's notice of appeal fails to comply with the time requirements of Rules 28.03 and 81.04 [*State v. Hulsey,* 534 S.W.2d 809 (Mo.App.1976)]. Judgment and sentence were entered March 1, 1976, and the docket fee waived on May 17, 1976. The notice of appeal was untimely filed. *State v. Worl,* 531 S.W.2d 294 (Mo.App. 1975).

All concur, except FLANIGAN, J., not participating.